UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:01-00131 |
| ) | JUDGE HAYNES |
| MICHELLE ARINGTON ) | |

MOTION OF THE GOVERNMENT
TO CONTINUE THE STATUS CONFERENCE

The United States of America (the Government), by and through its undersigned attorney, hereby moves for the issuance of an order continuing the status conference scheduled in this case. The Government request that the status conference in this case be rescheduled and set for Monday, December 10, 2007 at 2:00 p.m. As reasons for this motion the undersigned attorney for the Government states the following.

A status conference is presently scheduled to be held in this case commencing at 2:00 p.m. on Monday, November 26, 2007.

The undersigned attorney for the Government will be out of the district November 20, 2007 through November 29, 2007. The undersigned attorney will be on annual leave from November 20th through November 27th and appearing before the United States Court of Appeals for the Sixth Circuit on November 28th and November 29th.

Assistant Federal Public Defender Jude T. Lenahan, the Attorney for defendant, has been advised of this motion and the reasons therefore and he has authorized the undersigned to state that he has no objection to the granting of same. Mr. Lenahan has also advised the undersigned that December 10, 2007 at 2:00 p.m. will be the most convenient date and time for him to appear at the status conference should this motion be granted.

Wherefore, the Government requests that this motion be granted and that the status conference presently scheduled in this case be continued to December 10, 2007 at 2:00 p.m.

        Respectfully submitted,

        EDWARD M. YARBROUGH
        United States Attorney for the
        Middle District of Tennessee


By:    s/Darryl A. Stewart
       DARRYL A. STEWART
       Assistant U. S. Attorney
       110 Ninth Ave. South, Suite A-961
       Nashville, Tennessee 37203
       Ph: (615) 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion of the Government to Continue Status Conference was served this 13th day of November, 2007, via the Court's electronic filing system upon the following:

        Jude T. Lenahan
        Assistant Federal Public Defender
        810 Broadway, Suite 200
        Nashville, Tennessee 37203

        s/ Darryl A. Stewart
        DARRYL A. STEWART
        Assistant United States Attorney

2

Case 3:01-cr-00131   Document 60   Filed 11/13/07   Page 2 of 2 PageID #: 46